# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case Number: 7:12-cr-7 (HL) |
| | : | |
| **TIMOTHY MCNEAL,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

The trial of this case, presently scheduled to begin October 23, 2012 in Valdosta, is hereby continued until January 29, 2013. The Pre-Trial Conference, presently scheduled for October 1, 2012, is also continued. The Court continues this case based on a request by the Defendant's counsel. Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendant in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. §§ 3161 to 3174.

**SO ORDERED**, this the 20th day of September, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**